**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 30, 2015

Hon. Duane G. Crocker
P. O. Box 2661
121 S. Main, Suite 300
Victoria, Tx 77902
* DELIVERED VIA E-MAIL *

Hon. Philip Nathan Smith Jr.
Smith & Smith Law Firm
300 Oak Avenue
Sulphur Springs, TX 75482
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00186-CV
Tr.Ct.No. 13-2-074436-D
Style:     Texas Transco v. Thomas Petroleum, LLC


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   377th District Court (DELIVERED VIA E-MAIL)
      Hon. Cathy Stuart, Victoria County District Clerk (DELIVERED VIA E-MAIL)